IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NONEND INVENTIONS, N.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:15-cv-466-JRG-RSP<br><br>LEAD CASE |

### ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

In light of the settlement agreement between Plaintiff Nonend Inventions, N.V. ("Nonend") and Defendant Microsoft Corporation and certain parties' joint motion to dismiss, it is hereby ORDERED that all claims made by Nonend against Acer, Inc., Acer America Corporation, Fujitsu America, Inc., Fujitsu Limited, Hewlett-Packard Company, Lenovo (United States) Inc., Microsoft Corporation, Panasonic Corporation, Panasonic Corporation of North America, Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba Corporation (collectively, "Defendants" and each individually "Defendant") are dismissed with prejudice and all counterclaims made by each Defendant against Nonend are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

SIGNED this 16th day of December, 2015.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE